JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALAMEDA BOOKS, INC.; et al., ) | Case No. CV 95-07771 DDP (CTx) | |
| Plaintiff, ) | | |
| ) | **FINAL JUDGMENT ORDER** | |
| v. ) | | |
| CITY OF LOS ANGELES, ) | [Motion filed on December 15, 2008] | |
| Defendants. ) | | |

    IT IS HEREBY ORDERED THAT, pursuant to 28 U.S.C. § 2201, et seq., and 42 U.S.C. § 1983, the Court declares that section 12.70 of the Los Angeles Municipal Code, to the extent that it prohibits an "adult arcade" from being established or maintained in the same building, structure, or portion thereof, as an "adult bookstore," is unconstitutional, in violation of the First and Fourteenth Amendments to the United States Constitution.

    IT IS FURTHER ORDERED THAT Defendant City of Los Angeles, its officers, employers and agents, and anyone working in concert with any of them, are permanently enjoined and restrained from enforcing section 12.70 of the Los Angeles Municipal Code to the extent that it prohibits an "adult arcade" from being established or maintained in the same building, structure, or portion thereof, as an "adult bookstore," against Plaintiffs, their officers, directors, owners,

employees, agents, successors, or anyone acting in concert with any of them.

    IT IS FURTHER ORDERED THAT each Plaintiff is a "prevailing party" as that term is defined and understood in connection with 42 U.S.C. § 1988.

    IT IS FURTHER ORDERED THAT Plaintiffs recover of Defendant their costs in this action.

IT IS SO ORDERED.

Dated: March 9, 2009

                        DEAN D. PREGERSON
                        United States District Judge